Philip F. Donohue and John F. Dennin, Respondents, v. Lawyers' Advertising Company, Appellant.— Orders reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on *Konheim* v. *Harris* (148 App. Div. 238).

British Aluminum Company, Limited, Respondent, v. United States McAdamite Metal Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

James S. Herrman, Respondent, v. Francis L. Leland, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Petition of Omar Powell, Respondent, for a Writ of Mandamus for the Inspection of the Books, Records and Papers of the American and British Manufacturing Company. American and British Manufacturing Company and William R. Sheldon, Secretary and Treasurer, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

John B. Malatesta, Respondent, v. Charles W. McDonald and Philip J. Barry, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joshua Silverstein and Others, Respondents, v. Menno Brown, Appellant, Impleaded with Louvre Realty Company and Others.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Hermann Kopp, Respondent, v. Elizabeth M. Donnelly, as Executrix, etc., of Frederick E. Keppler, Deceased, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Walter J. Salomon, Appellant, v. Moss F. Moses, Respondent, Impleaded with New York Fleischman Stores.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Joseph Silverman and Morris Goldstein, Appellants, v. Rachel Hamburger, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Katherine V. Hallahan, Respondent, v. Edward F. Hallahan, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Philip Retamozo.— Motion granted.

Conrad M. Braker v. New York Finance Company.— Motion granted, with ten dollars costs.

Benjamin Scher v. Solomon P. Wosky.— Motion granted, with ten dollars costs.

E. R. Thomas Motor Company v. United States Fidelity, etc., Company. — Motion granted, unless appellant complies with terms stated in order.

Antonio Littierio v. Henry Steers.—Motion granted, with ten dollars costs.

Germania Life Insurance Company v. Fiske & Company.— Motion granted, with ten dollars costs.

In the Matter of David O'Keefe and Another.— Motion denied, with ten dollars costs.

Walnut Hill Bank v. National Reserve Bank.— Application granted. Order signed.